UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER STEIN,<br>      Plaintiff,<br>vs.<br>ALEXANDRIA OCASIO-CORTEZ<br>      Defendant. | Civ. Action No. 1:23-cv-628 |

**Rule 4 Waiver of the Service of Summons.**

To Jonathan Gross:

 I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

 I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

 I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

 I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 10, 2023, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: April 6, 2023

_____
(Signature of the attorney
or unrepresented party)

**Printed Name:** David Mitrani, Esq.
**Address:** 1090 Vermont Ave, NW, Suite 750
Washington, DC 20005

**Phone:** 202-479-1111
**Email:** mitrani@sandlerreiff.com
cc to sandler@sandlerreiff.com