UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
ALEXANDER STEIN,                    )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )  Civ. No. 1:23-cv-00628
                                    )
ALEXANDRIA OCASIO-CORTEZ,           )
                                    )
    Defendant.                      )
_____)

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE TO STAY

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Alexandria Ocasio-Cortez respectfully moves the Court for an order dismissing the Complaint for failure to state a claim upon which relief can be granted.

As set forth in detail in the accompanying Memorandum of Points and Authorities, this case arises from an incident in which the Plaintiff, Mr. Stein, confronted Congresswoman Ocasio-Cortez on the steps of the U.S. Capitol and hurled a series of abusive, sexist, misogynist, harassing and racist personal epithets. Mr. Stein posted a video of the incident to this Twitter account. The Congresswoman then blocked Mr. Stein from her personal/campaign Twitter account, @AOC.

There is a split in the Circuits as to the proper test for determining if a public official's blocking of a user from a social media account constitutes state action. The Supreme Court has granted petitions for writs of certiorari in two cases, one from the Ninth Circuit, *Garnier v. O'Connor-Ratcliff*, 41 F.34th 1158 (9th Cir. 2022), *cert granted,* 143 S. Ct. 1779 (2023), and one from the Sixth Circuit, *Lindke v. Freed*, 37 F.4th 1199 (6th Cir. 2022), *cert. granted*, 143 S. Ct. 1780 (2023). Under the Sixth Circuit ruling, a public official's blocking of a user from the

officials' social media count does not constitute state action unless the managing of the account is undertaken utilizing the official's governmental authority, such as relying on government employees to operate the account. For reasons set forth in the Memorandum, the Court should adopt the Sixth Circuit test, under which the Congresswoman would not be a state actor in operating the personal/campaign account, and dismiss the Complaint; or, in the alternative, stay this proceeding until the Supreme Court issues rulings in the two cases.

Even assuming *arguendo* that the Congresswoman's management of the account constitutes state action, Stein's speech constituted "fighting words" not protected under the First Amendment. His exclusion from a public forum for abusive and harassing conduct does not constitute any form of viewpoint discrimination. Rather it was a permissible reasonable regulation of the time place and manner of expression, since he is free to interact with the Congresswoman on her official Twitter account; the blocking is content-neutral; and it serves the significant interest of protecting the Congresswoman, as public official and as a woman of color, from racist, sexist, abuse and harassment absolutely unrelated to any viewpoint or expression of opinion on any subject. .

For those reasons the Complaint should be dismissed for failure to state a claim, or, in the alternative, the case should be stayed until the Supreme Court issues rulings in the two cases.

Pursuant to LCvR 7, a Memorandum of Points and Authorities and a Proposed Order are attached.

Dated:  September 21, 2023	Respectfully submitted,

	 /s/ Joseph E. Sandler

	Joseph E. Sandler, D.C. Bar 255919
	Lucy Xiong
	SANDLER REIFF LAMB ROSENSTEIN &
	BIRKENSTOCK, P.C.
	1090 Vermont Ave., N.W. Suite 750
	Washington, D.C. 20005
	Tel : (202) 479 -1111
	sandler@sandlerreiff.com
	xiong@sandlerreiff.com

	Attorneys for Defendant
	Alexandria Ocasio-Cortez

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing Defendant's Motion to Dismiss or in the Alternative, to Stay, with the Clerk of Court using the CM/ECF system, which will cause a copy to be served on all counsel of record.

	/s/ Joseph E. Sandler

	Joseph E. Sandler

	Counsel for Defendant

	Alexandria Ocasio-Cortez