UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER STEIN, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Civ. No. 1:23-cv-00628-JMC ) |
| ALEXANDRIA OCASIO-CORTEZ, | ) ) |
|     Defendant. | ) ) |

**JOINT MOTION TO STAY**

The parties jointly and respectfully move the Court for an order staying further proceedings in this case until the United States Supreme Court issues rulings in the cases of *O'Connor-Ratcliff v. Garnier*, No. 22-324, and *Lindke v. Freed*, No. 22-611. The grounds for this Motion are set forth below.

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO STAY**

This case arises from an incident in which the Plaintiff, Alexander Stein, encountered the Defendant, U.S. Rep. Alexandria Ocasio-Cortez (D-NY), on the steps of the U.S. Capitol and said certain things. Mr. Stein posted a video of the incident. The Congresswoman then blocked Mr. Stein from her personal/campaign Twitter account, @AOC.

In his Complaint, Mr. Stein alleges that the act of blocking him from this account constituted state action and violated his First Amendment Rights. The threshold issue in this case is the proper test for determining if a public official's act of blocking a user from a social media account constitutes state action. To date, neither the District of Columbia Circuit nor this Court has yet ruled on this issue.

The Circuits that have ruled are split on that question. The Supreme Court has granted petitions for writs of certiorari in two cases, one from the Ninth Circuit, *Garnier v. O'Connor-Ratcliff,* 41 F.34th 1158 (9th Cir. 2022), *cert. granted*, 143 S. Ct. 1779 (2023), U.S. Supreme Court Docket No. 22-324, and one from the Sixth Circuit, *Lindke v. Freed*, 37 F.4th 1199 (6th Cir. 2022), *cert. granted*, 143 S. Ct. 1780 (2023), U.S. Supreme Court Docket No. 22-611.

Under the Sixth Circuit ruling, a public official's blocking of a user from the official's social media account does not constitute state action unless the managing of the account is undertaken utilizing the official's governmental authority, such as relying on government employees to operate the account. Under the Ninth Circuit ruling, a public official's blocking of a user constitutes state action if the account is used to discuss official matters or has the appearance of an official forum.

On September 21, 2023, Congresswoman Ocasio-Cortez filed a Motion to Dismiss the Complaint for Failure to State a Claim or in the Alternative, to Stay the case until the Supreme Court issues rulings in the two cases. [Dkt. No. 8].

The parties agree that this Court, and the parties, should have the guidance of the Supreme Court in the *O'Connor-Ratcliff* and *Lindke* cases before any response to the Complaint is put before the Court. In *Raven v. Sajet*, No. 22-cv-2809-CRC, 2023 U.S. Dist. LEXIS 115136 (D.D.C., July 5, 2023), plaintiff alleged that the director of a Smithsonian museum violated his First Amendment rights by blocking him from the director's Twitter account. The Court (Judge Cooper), noting the split in the Circuits and the Supreme Court's grant of certiorari in the Ninth Circuit and Sixth Circuit cases, "declines to decide definitely at this juncture which test applies," and instead, "to avoid intrusive discovery and potentially unnecessary proceedings….the court will deny [defendant's] motion to dismiss without prejudice and stay the case pending further guidance

from the Supreme Court." *Raven*, 2023 U.S. Dist. Lexis 115136 at *6. The parties respectfully submit that the same action should be taken in this case.

## CONCLUSION

For the reasons set forth above, further proceedings in this case should be stayed until the Supreme Court issues rulings in the *O-Connor-Ratcliff v. Garnier* and *Lindke v. Fried* cases. A Proposed Order is attached.

Dated: September 29, 2023                                  Respectfully submitted,


 /s/Jonathan Gross                                         /s/ Joseph E. Sandler

Jonathan Gross                                             Joseph E. Sandler  DC Bar 255919
2833 Smith Ave.  Suite 331                                 Lucy Xiong
Baltimore, MD 21209                                        Sandler Reiff Lamb Rosenstein
Tel: 443-813-0141                                          & Birkenstock, P.C.
jon@clevengerfirm.com                                      1090 Vermont Ave., N.W. Suite 750
                                                           Washington, D.C. 20005
                                                           Tel :  202-479-1111
                                                           sandler@sandlerreiff.com


Counsel for Plaintiff                                      Counsel for Defendant
Alexander Stein                                            Rep. Alexandria Ocasio-Cortez

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing Joint Motion to Stay with the Clerk of Court using the CM/ECF system, which will cause a copy to be served on all counsel of record.

/s/ Joseph E. Sandler

Joseph E. Sandler
Counsel for Defendant
Alexandria Ocasio-Cortez