UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER STEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:23-cv-00628-JMC |
| | ) |
| ALEXANDRIA OCASIO-CORTEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Alexandria Ocasio-Cortez's Motion to Dismiss the Complaint for Failure to State a Claim [Dkt. No. 8]; and the parties' Joint Motion to Stay [Dkt. No.__]; it is this __ day of _____, 2023,

ORDERED, that Defendant's Motion to Dismiss is DENIED without prejudice; and

FURTHER ORDERED, that this case is stayed until the Supreme Court issues rulings in *O-Connor-Ratcliff v. Garnier* and *Lindke v. Freed*; and

FURTHER ORDERED. that Defendant shall respond to the Complaint within 30 days after the Supreme Court's rulings in those cases.

SO ORDERED.

_____
Jia M. Cobb
United States District Judge