UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER STEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:23-cv-00628-JMC |
| | ) |
| ALEXANDRIA OCASIO-CORTEZ, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

This Joint Status Report is filed pursuant to the Court's Minute Order of March 20, 2024.

On September 29, 2023, the parties filed a Joint Motion to Stay further proceedings in this case [Dkt. No. 9] pending the decisions of the U.S. Supreme Court in the cases of *Lindke v. Freed*, No. 22-611, and *Garnier v. O'Connor-Ratcliff,* No. 22-324. On that same day, September 29, 2024, the Court granted the Joint Motion to Stay and ordered the case stayed until the Supreme Court issued rulings in those two cases. In a separate Minute Order, entered the same day, the Court denied without prejudice the Motion to Dismiss previously filed by Defendant and stated that the "Court will allow the Defense to refile a responsive pleading with the benefit of the Supreme Court's decision."

On March 15, 2024, the Supreme Court issued decisions in both cases.

On March 20, 2024, the Court issued a Minute Order lifting the stay and directing the parties to suggest a plan for further proceedings, including any proposed briefing schedule.

Counsel for the parties have conferred and respectfully request that the Court enter an Order:

(1) Granting the Defendant leave to file a new Motion to Dismiss on or before April 29, 2024;

(2) Allowing Plaintiff to file an opposition to that Motion on or before June 3, 2024; and

(3) Allowing Defendant to file a reply memorandum on or before June 14, 2024.

Dated:  April 2, 2024                                                   Respectfully submitted,


/s/ Jonathan Gross                                                     /s/  Joseph E. Sandler

Jonathan Gross                                                          Joseph E. Sandler  DC Bar 255919
2833 Smith Ave.  Suite 331                                   Qiangyu  Xiong DC Bar 90006830
Baltimore, MD 21209                                              Sandler Reiff Lamb Rosenstein
Tel: 443-813-0141                                                    & Birkenstock, P.C.
jon@clevengerfirm.com                                       1090 Vermont Ave., N.W. Suite 750
                                                                                    Washington, D.C. 20005
                                                                                    Tel :  202-479-1111
                                                                                    sandler@sandlerreiff.com


Counsel for Plaintiff                                                 Counsel for Defendant
Alexander Stein                                                      Alexandria Ocasio-Cortez

## CERTIFICATE OF SERVICE

I hereby certify that on April 2  2024, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will cause a copy to be served on all counsel of record.

/s/ Joseph E. Sandler

Joseph E. Sandler
Counsel for Defendant
Alexandria Ocasio-Cortez