UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEIN,<br><br>                   Plaintiff,<br>-v-<br><br>CORTEZ<br><br>                  Defendants. | NOTICE OF VOLUNTARY DISMISSAL<br>F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 1:23-cv-00628-JMC |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ALEXANDER STEIN, by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed. Defendant ALEXANDRIA OCASIO-CORTEZ ("Defendant") has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: April 15, 2024

Respectfully Submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

*Counsel for Plaintiff Alexander Stein*

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross